UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

AKBAR SALAAM,

              Petitioner,              AMENDED REFERRAL ORDER

                                                    06-CV-6077L(VEB)

   -vs-

MICHAEL GIAMBRUNO, Superintendent,

              Respondent.
_____

    It is hereby ORDERED that the ORDER dated June 6, 2007, (Dkt. # 14), entered in this case on June 6, 2007, is amended as follows:

    The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

    All other provisions of said ORDER remain in full force and effect.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED:    August 15, 2007
                Rochester, New York